**THOMAS D. EUSTACE, Ph.D.**
LICENSED PSYCHOLOGIST
7 Farese Way
Amawalk, NY 10501

(914) 245-0280     Fax (914) 962-4332

7 Farese Way                                                    Tax ID# 13-3044259
Amawalk, NY 10501                                               Psy.Lic # 005939-1

November 7, 2016

To Whom It May Concern:

I have been seeing Mrs. Edwina Rance for individual psychotherapy since October 7, 2015 and am continuing to see her at this time.

She has consulted me because of concerns, anxieties, fears and phobias that are of such a nature that living alone would increase those fears to an unacceptable and detrimental level. These symptoms can be exacerbated by external events, (i.e. threats real or perceived to her wellbeing and safety) which could incapacitate her.

It is my opinion that stability in her life continues to be of great importance at this time.

Sincerely yours,

*Thomas Eustz*

Thomas D. Eustace, Ph.D.

JVC000017