**THOMAS D. EUSTACE, Ph.D.**
LICENSED PSYCHOLOGIST
7 Farese Way
Amawalk, NY 10501

(914) 245-0280      Fax (914) 962-4332

7 Farese Way
Amawalk, NY 10501

Tax ID# 13-3044259
Psy.Lic # 005939-1

November 7, 2016

To Whom It May Concern:

I have been seeing Mrs. Edwina Rance for individual psychotherapy since October 7, 2015.

She has consulted me because of concerns, anxieties, and fears that are of such a nature that living alone would increase those fears to an unacceptable and detrimental level.

It is my opinion that stability in her life is of great importance at this time.

Sincerely yours,

*Thomas D. Eustace*

Thomas D. Eustace, Ph.D.



DEFENDANT'S EXHIBIT B  MDD 7/10/19

TE000001

CONFIDENTIAL MATERIAL