UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| EDWINA RANCE and WESTCHESTER RESIDENTIAL OPPORTUNITIES, INC.,<br>        Plaintiffs<br><br>- against -<br><br>JEFFERSON VILLAGE CONDOMINIUM NO. and MCGRATH MANAGEMENT SERVICES INC.<br><br>        Defendants | 18cv6923 (NSR)(JCM)<br><br>**MOTION FOR SUBSTITUTION** |
|---|---|

> Motion granted as unopposed. Ronald S. Fryer II, as Fiduciary of the Estate of Edwina Rance, shall be substituted as a plaintiff in this action in the place and stead of Edwina Rance.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>      May 26, 2021

Pursuant to Rule 25(a)(1) of the Federal Rules ... by Ronald S. Fryer II, as Fiduciary of the Estate of ... substituted as a Plaintiff in this action. In support of their motion, Plaintiffs respectfully show the Court as follows:

On April 3, 2020, Plaintiff Edwina Rance passed away due to a COVID-19 infection. (*See*, Exhibit 1; Death Certificate). As such, Ronald S. Fryer II, is the duly qualified and appointed as Fiduciary of the Estate of his mother, Edwina Rance, and has been lawfully designated, authorized and empowered by the Surrogate Court, State of New York, to perform all acts requisite to the proper administration and disposition of the estate of Edwina Rance, as shown by the Letters Testamentary. (*See*, Exhibit 2; Letters Testamentary). The subsequent complaint for housing discrimination, which was filed on August 1, 2018, survives the death of Edwina Rance.

As such, Plaintiffs respectfully request the Court, pursuant to Rule 25(a)(1) of the Rules of Civil Procedure, authorize Ronald S. Fryer II to be substituted as Plaintiff in this action.

Respectfully submitted on May 10, 2021.

          X /s/ James E. Bahamonde_____ the

1

JAMES E. BAHAMONDE, ESQ.
 Law Offices of James E. Bahamonde, P.C.
Attorney for the Plaintiffs
2501 Jody Court
North Bellmore, NY 11710
Tel:  (646) 290-8258
Fax: (646) 435-4376
Our File No.: 18SDNY068

TO:
Eric J Sauter
Attorney for Defendants
Wilson Elser, Moskowitz, Edelman & Decker,  LLP
1133 Westchester Avenue
White Plains, NY 10604

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 10, 2021, Plaintiffs filed a Motion by Fiduciary to be Substituted for Deceased Plaintiff, via ECF filing which will serve all counsel of record in the above-referenced matter.

    /s/James E Bahamonde

James E Bahamonde