

September 30, 2021

James M Marshall
914.872.7239 (direct)
James.Marshall@wilsonelser.com

**VIA ECF**
Magistrate Judge Judith C. McCarthy
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

> **SO ODRERED:**
> Plaintiff is directed to respond to this letter by October 5, 2021.
>
> _Judith C. McCarthy_ 10-1-21
> JUDITH C. McCARTHY
> United States Magistrate Judge

Re: *Edwina Rance v. Jefferson Village Condominium No. 5 et al*
Docket No.: 18-cv-6923
Our File No: 17158.00062

Dear Judge McCarthy:

We represent defendants Jefferson Village Condominium No. 5 ("JVC5") and McGrath Management Services Inc. ("McGrath") (collectively "Defendants") in the above referenced matter. This letter is submitted in regards to the Memo Endorsement, dated September 21, 2021.

Our investigator has been unable to locate Daryl Freyer despite traveling to several prior addresses, speaking to the police, USPS, and other avenues that may provide informaton about his whereabouts.

On Septeber 20, 2021, the undersigned served a demand on plaintiff's counsel requesting Daryl Freyer's last known address, phone number, e-mail address, and any other contact information that Ronald Freyer may have. As this Court is aware, Ronald S. Freyer II, Daryl's brother, was substituted as the Fiduciary of the Estate of Edwina Rance earlier this year. We have not received a response from plainitff's counsel at this time.

We request that this Court order a response to our demand or, alternatively, order Ronald Freyer be produced for a deposition to be questioned about any informaiton he has regarding Daryl Freyer's whereabouts, including the information demanded above.

Daryl Freyer lived with Edwina Rance and his testimony is relevant and instrumental to our defense of this matter.

1133 Westchester Avenue | White Plains, NY 10604 | p 914.323.7000 | f 914.323.7001 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Florham Park, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY

259654826v.1



- 2 -

We thank the Court for its attention to this matter.

                         Respectfully submitted,

                         Wilson Elser Moskowitz Edelman & Dicker LLP

                         <u>/s/ James M Marshall</u>
                           James M. Marshall

259654826v.1