UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

WESTCHESTER RESIDENTIAL
OPPORTUNITIES, INC, et al,

                        Plaintiffs,          **ORDER**

v.

                                      No. 18-CV-06923 (PMH)

JEFFERSON VILLAGE CONDOMINIMUM
NO. 5, et al.,

                        Defendants.

--------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Counsel for all parties appeared today for a telephone case management conference. As discussed on the record, the time to move for summary judgment has expired and the Court is setting the matter down for trial.

      The parties are hereby on five days' notice of trial after April 11, 2022. The Court's Individual Practices Rule 6.A material is due March 7, 2022. To the extent this case will be heard by a jury, Rule 6.B materials for jury cases are due April 11, 2022; and the non-jury aspect of this case shall be addressed in a joint filing by the parties of proposed findings of fact and conclusions of law also due April 11, 2022. In light of Plaintiffs' indication of their intent to withdraw their jury demand, should all parties consent to the withdrawal of the demand pursuant to Fed. R. Civ. P. 38(d), they shall file such a stipulation to be so-ordered by Court. In the event the matter is to proceed as a bench trial, in addition to the applicable Rule 6.B material for non-jury cases, the parties shall also submit Rule 6.D materials by April 11, 2022.

      The Court shall separately docket an Order referring this matter to mediation as requested by the parties.

SO ORDERED.

Dated: White Plains, New York
       January 31, 2022

_____
Philip M. Halpern
United States District Judge