UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WESTCHESTER RESIDENTIAL
OPPORTUNITIES, INC, et al,

                       Plaintiffs,         **ORDER**

v.

                                                        No. 18-CV-06923 (PMH)

JEFFERSON VILLAGE CONDOMINIMUM
NO. 5, et al.,

                       Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The parties are hereby notified that jury selection and trial in this action are scheduled to begin on **June 6, 2022 at 9:30 a.m.** The case must therefore be trial ready for that date. All parties and counsel shall appear on that date and time in Courtroom 520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601.

      A final pretrial conference is scheduled for **June 1, 2022 at 2:30 p.m.** in Courtroom 520.

      All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire before being allowed entry into the courthouse. On the day that you are due to arrive at the courthouse, click on the following weblink: https://app.certify.me/SDNYPublic. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used as the SDNY entry device at the courthouse entrance.

      The parties are directed to immediately notify the Court if they have reached a settlement.

SO ORDERED.

Dated: White Plains, New York
       February 28, 2022

                                                          _____
                                                          Philip M. Halpern
                                                          United States District Judge