# Plaintiffs Trial Exhibit List

| Pl. No. | Exhibit Description | Basis for Admissibility | Objection |
|---|---|---|---|
| 1. | WRO case file related to Edwina Rance (WRO0035-85) | Relevant (FRE 401/402); Personal Knowledge (FRE 602); Records of a Regularly Conducted Activity (FRE 803(6)) | 1. ER38-39 – Documents are not dated, related to any letters/correspondence before or after these pages.<br><br>2. ER55, 56, 59, 72, 73<br>  a. Authentication – handwriting, markups, underlining and other notations on pages.<br><br>3. ER 57-Relevance/Prejudicial |
| 2. | WRO's Summary of Edwina Rance/JVC No. 5 Dispute (ER001-02) | Relevant (FRE 401/402); Personal Knowledge (FRE 602); Records of a Regularly Conducted Activity (FRE 803(6)) | 1. Foundation<br>2. Authentication<br>3. Hearsay<br>4. Documents speak for themselves.<br>5. Prejudicial |
| 3. | WRO Detailed Timeline/Narrative for Edwina Rance Dispute (ER003-07) | Relevant (FRE 401/402); Personal Knowledge (FRE 602); Records of a Regularly Conducted Activity (FRE 803(6)) | 1. Foundation<br>2. Authentication<br>3. Hearsay<br>4. Documents speak for themselves.<br>5. Prejudicial |
| 4. | WRO Fair Housing Intake documents related to Edwina Rance (WRO0 86-124) | Relevant (FRE 401/402); Personal Knowledge (FRE 602); Records of | 1. Authentication – author never identified. |

1

|  |  |  |  |
|---|---|---|---|
|  |  | a Regularly Conducted Activity (FRE 803(6)) | 2. WRO0105-112 – Prejudicial, McGrath was not affiliated with JVC5 in 2014. Authentication, recipient of e-mail not listed.<br>3. WRO113-116 – Authentication. |
| 5. | WRO Testing Files of JVC No. 5 (WRO0127-194) | Relevant (FRE 401/402); Personal Knowledge (FRE 602); Records of a Regularly Conducted Activity (FRE 803(6)) | 1. Relevance<br>2. Prejudice<br>3. Confusion of Issues<br>4. Misleading |
| 6. | WRO Diversion of Resources and Frustration of Mission Estimates (WRO0125 – 126) | Relevant (FRE 401/402); Personal Knowledge (FRE 602); Records of a Regularly Conducted Activity (FRE 803(6)) |  |
| 7. | Tenant Ledger dated November 17, 2017 | Records of a Regularly Conducted Activity (FRE 803(6)) | 1. Not identified by prior production Bates number or provided to review |
| 8. | Dr. Thomas Eustace therapy records related to Edwina Rance (TE001-33) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) |  |
| 9. | ER letter to JVC No. 5 dated April 27, 2015 (ER008) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) |  |
| 10. | JVC letter to ER dated November 2, 2016 (JVC0022-27) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) |  |
| 11. | Eustace letter dated November 7, 2016 (ER0013) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) |  |

2

| | | | |
|---|---|---|---|
| 12. | ER letter to JVC dated November 8, 2016 (JVC00015-17) | Relevant (FRE 401/402); Personal Knowledge (FRE 602); Then-Existing Mental Condition (FRE 803(3)) | |
| 13. | JVC letter to ER dated February 8, 2017 (JVC00013-14) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 14. | JVC letter to ER dated May 5, 2017 (ER0015 – 16) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 15. | ER letter to JVC dated May 10, 2017 along with letter from Dr. Rajneesh Uppal (ER0019-20) | Relevant (FRE 401/402); Personal Knowledge (FRE 602); Then-Existing Mental Condition (FRE 803(3); Medical Diagnosis or Treatment (FRE 803(4) | 1. Prejudicial and misrepresents the facts/timeline.<br>2. ER20 was not attached the ER19; two different dates.<br>3. if these are separated into two separate exhibits |
| 16. | JVC letter to ER dated May 25, 2017 (JVC009) | Relevant (FRE 401/402); Personal Knowledge (FRE 602); | |
| 17. | Hannah Gross letter to JVC dated June 6, 2017 (JVC0018-19) | Relevant (FRE 401/402); Personal Knowledge (FRE 602); Not Hearsay | 1. FRE408 in conjunction with response JVC00020-00021 |
| 18. | Timothy Coon letter to Anna Gross dated June 14, 2017 (JVC0020-21) | Relevant (FRE 401/402); Personal Knowledge (FRE 602); Not hearsay | 1. FRE408 in conjunction with response JVC00018-00019 |
| 19. | Timothy Coon letter to Anna Gross dated June 22, 2017 (ER0024-25) | Relevant (FRE 401/402); Personal Knowledge (FRE 602); Not hearsay (FRE 801(d )(2)) | 1. FRE408 |

3

| | | | |
|---|---|---|---|
| 20. | Timothy Coon letter to Anna Gross July 20, 2017 (WRO009-11) | Relevant (FRE 401/402); Personal Knowledge (FRE 602); Not hearsay (FRE 801(d )(2)) | 1. Prejudicial<br>2. References phone call between counsels that is instrumental to compete understanding of exhibit.<br>3. FRE408 |
| 21. | JVC letter to ER dated July 1, 2017 RE (MM007) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 22. | ER letter to JVC dated November 14, 2017 (JVC0008) | Relevant (FRE 401/402); Personal Knowledge (FRE 602); Then-Existing Mental Condition (FRE 803(3)) | |
| 23. | JVC letter to ER dated November 29, 2017 (JVC0007) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 24. | ER letter to JVC dated December 13, 2017 (JVC0006) | Relevant (FRE 401/402); Personal Knowledge (FRE 602); Then-Existing Mental Condition (FRE 803(3)) | |
| 25. | JVC letter to ER dated December 5, 2018 (MM010) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 26. | Notice of Lien (ER00138-139) | | |
| 27. | Amendment of Declaration date February 19, 1986 (JVC00023-24) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | 1. Duplicative of previous designated exhibit |
| 28. | Section 11 – Restrictions on Use of Unit (ER0012) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | 1. Incomplete exhibit. Relates back to another document, which is not included. |

4

| | | | |
|---|---|---|---|
| 29. | Schedule A: Rules and Regulations," (JVC033 – JVC039) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 30. | JVC Handbook dated October 2016 (JVC00040-53) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 31. | Proposed Schedule A to Bylaws -Rules and Regulations Addendum (JVC00 32) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 32. | Bylaws (JVC00148-168) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 33. | Jefferson Village Condominium 5 Closing Memorandum dated June 29, 2021 | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | 1. Vague<br>2. Defendants not aware of said document |
| 34. | Agreement between the Estate and JVC No. 5 dated June 30, 2021 | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 35. | Offering Plan of JVC (JVC00054-187) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | 1. Relevance<br>2. Likelihood to confuse jury |
| 36. | Webpage related to Dr. Eustace (JVC00188-189) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 37. | Webpage related to Fordham University History (JVC00190) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 38. | Email from McGrath Management to Jefferson Village dated September 20, 2014 RE reasonable accommodation (WRO105 - WRO112) | Relevant (FRE 401/402); Personal Knowledge (FRE 602); (FRE 801(d)(2)); Self-Authenticating | 1. Prejudicial, McGrath was not affiliated with JVC5 in 2014.<br>2. Authentication, recipient of e-mail not listed.<br>3. JVC5 is not Jefferson Village |

5

| | | | |
|---|---|---|---|
| 39. | JVC No. 5 Balance Sheet of 2015 | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | 1. Relevance<br>2. Prejudicial |
| 40. | JVC No. 5 Balance Sheet of 2016 | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | 1. Relevance<br>2. Prejudicial |
| 41. | JVC No. 5 Balance Sheet of 2017 | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | 1. Relevance<br>2. Prejudicial |
| 42. | JVC No. 5 Balance Sheet of 2018 | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | 1. Relevance<br>2. Prejudicial |
| 43. | JVC No. 5 Balance Sheet of 2019 | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | 1. Discovery is closed; not disclosed prior to close of discovery.<br>2. Relevance<br>3. Prejudicial |
| 44. | JVC No. 5 Balance Sheet of 2020 | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | 1. Discovery is closed; not disclosed prior to close of discovery.<br>2. Relevance<br>3. Prejudicial |
| 45. | JVC No. 5 Balance Sheet of 2021 | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | 1. Discovery is closed; not disclosed prior to close of discovery.<br>2. Relevance<br>3. Prejudicial |
| 46. | McGrath Management Balance Sheet of 2018 | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | 1. Relevance<br>2. Prejudicial |

| | | | |
|---|---|---|---|
| 47. | McGrath Management Balance Sheet of 2019 | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | 1. Discovery is closed; not disclosed prior to close of discovery.<br>2. Relevance<br>3. Prejudicial |
| 48. | McGrath Management Balance Sheet of 2020 | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | 1. Discovery is closed; not disclosed prior to close of discovery.<br>2. Relevance<br>3. Prejudicial |
| 49. | McGrath Management Balance Sheet of 2021 | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | 1. Discovery is closed; not disclosed prior to close of discovery.<br>2. Relevance<br>3. Prejudicial |
| 50. | Minutes of Board Meeting dated August 3, 2016 (MM029-30) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 51. | Minutes of Board Meeting dated September 21, 2016 (MM064-65) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 52. | Minutes to Annual Meeting dated October 20, 2016 (MM0067) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 53. | Minutes of Board Meeting dated November 28, 2016 (MM031-32) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 54. | Minutes of Board Meeting dated January 24, 2017 (MM033) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 55. | Minutes of Board Meeting dated February 15, 2017 (MM034) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |

| | | | |
|---|---|---|---|
| 56. | Minutes of Board Meeting dated April 19, 2017 (MM0037) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 57. | Minutes of Board Meeting dated May 24, 2017 (MM0038-39) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 58. | Minutes of Board Meeting dated June 21, 2017 (MM0040-41) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 59. | Minutes of Board Meeting dated July 19, 2017 (MM0062-63) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 60. | Minutes of Board Meeting dated September 20, 2017 (MM0042-44) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 61. | Minutes of Board Meeting dated October 23, 2017 (MM0045-46) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 62. | Board Meeting Report dated November 15, 2017 (MM084) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 63. | Board Meeting Report dated January 17, 2018 MM0017-18) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |
| 64. | Minutes of Board Meeting dated June 2018 (MM0019-20) | Relevant (FRE 401/402); Personal Knowledge (FRE 602) | |