**CONFIDENTIAL MATERIAL**

**Rance & WRO v. Jefferson Village & McGrath**
WRO Diversion of Resources and Frustration of Mission Estimates

**Estimated Diversion of Resources Damages**

**Testing Expense**

Two Tests Conducted 2018                                $ 3,600.00

                              **Subtotal Testing    $ 3,600.00**

**Staff Timekeeping**

| Date | Timekeeper | Hours | Rate | Amt | Activity |
|---|---|---|---|---|---|
| 5/23/2017 | AC | 3.5 | 150 | $ 525.00 | E Rance intake and complete intake form; call with McGrath and circle back to Rance |
| 12/5/2017 | AV | 1.5 | 150 | $ 225.00 | Intake with E. Rance; complete intake form |
| 12/13/2017 | CS | 2.5 | 200 | $ 500.00 | Corresp w/ E. Rance; prep RA letter and transmit |
| 3/9/2018 | AS | 1.75 | 200 | $ 350.00 | review intake files for Edwina Rance; research Jefferson Village availability; discuss test with AV |
| 3/9/2018 | AV | 1 | 150 | $ 150.00 | discuss testing with AS |
| 3/12/2018 | AS | 0.5 | 200 | $ 100.00 | meet on Edwina Rance file |
| 3/12/2018 | AV | 0.5 | 150 | $ 75.00 | meet on Edwina Rance file |
| 3/12/2018 | MZ | 0.5 | 250 | $ 125.00 | meet on Edwina Rance file |
| 3/14/2018 | AS | 2.5 | 200 | $ 500.00 | research NYS law; discuss potential test |
| 3/20/2018 | AV | 1 | 150 | $ 150.00 | Meet with Edwina Rance and friend |
| 3/20/2018 | AS | 1 | 200 | $ 200.00 | Meet with Edwina Rance and friend |
| 3/20/2018 | MZ | 0.25 | 250 | $ 62.50 | Meet with Edwina Rance and friend |
| 3/21/2018 | AS | 0.25 | 200 | $ 50.00 | Corresp w/ MZ and AV re: Rance and timeline prep |
| 3/21/2018 | MZ | 0.5 | 250 | $ 125.00 | Call with counsel; email to AS |
| 3/22/2018 | AV | 2 | 150 | $ 300.00 | Prep timeline |
| 3/22/2018 | AS | 1.5 | 200 | $ 300.00 | Review timeline and file; prep timeline and summary |
| 3/26/2018 | AV | 0.5 | 150 | $ 75.00 | Corresp w/ Rance on therapist letter |
| 3/26/2018 | AS | 0.5 | 200 | $ 100.00 | Review therapist letter and corresp with Rance |
| 4/25/2018 | MZ | 0.5 | 250 | $ 125.00 | Corresp on counsel referral for Rance matter |
| 5/3/2018 | AS | 0.5 | 200 | $ 100.00 | Call with counsel on Rance matter |
| 5/10/2018 | MZ | 0.5 | 250 | $ 125.00 | Send files to JB on Rance matter |
| 5/11/2018 | MZ | 0.5 | 250 | $ 125.00 | T/c with JB on Rance matter |
| 5/11/2018 | AS | 0.5 | 200 | $ 100.00 | T/c with JB on Rance matter |
| 5/14/2018 | MZ | 0.5 | 250 | $ 125.00 | Meet with AS on counsel for Rance |

WRO000125

| Date | Staff | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 5/14/2018 | AS | 1.25 | 200 | $ 250.00 | Meet with MZ to discuss referral. Call to ER to discuss counsel referral |
| 5/17/2018 | AS | 0.25 | 200 | $ 50.00 | Corresp w/ E Rance on counsel referral |
| 5/18/2018 | MZ | 0.25 | 250 | $ 62.50 | Corresp w/ counsel (JB) on Rance matter |
| 5/18/2018 | AS | 0.5 | 200 | $ 100.00 | Corresp w/ counsel (JB) on Rance matter |
| 6/4/2018 | MZ | 0.5 | 250 | $ 125.00 | Corresp w/ counsel (JB) on referral of Rance matter |
| 6/5/2018 | AS | 1 | 200 | $ 200.00 | Gather, scan and transmit intake file documents to counsel (JB) |
| 6/12/2018 | AS | 0.25 | 200 | $ 50.00 | corresp w/ E. Rance on matter |
| 7/9/2018 | MZ | 0.5 | 250 | $ 125.00 | Corresp with counsel on Rance referral |
| 7/10/2018 | AS | 0.5 | 200 | $ 100.00 | Corresp with counsel (JB) on Rance testing |
| 7/11/2018 | MZ | 0.2 | 250 | $ 50.00 | W/c to and from counsel (JB) |
| 7/12/2018 | AC | 0.75 | 150 | $ 112.50 | Email to Jim re: Rance intake and discussion with management company |
| 7/12/2018 | AS | 0.4 | 150 | $ 60.00 | Conference with AS & MZ; Call with counsel (JB) |
| 7/12/2018 | MZ | 0.4 | 250 | $ 100.00 | Conference with AS & MZ; Call with counsel (JB) |
| 7/18/2019 | MZ | 1 | 250 | $ 250.00 | review joint retainer agreement and to GA for execution |
| 7/19/2018 | AS | 2 | 200 | $ 400.00 | review draft complaint and prep track changes comments for counsel (JB) |
| 7/20/2018 | MZ | 1 | 250 | $ 250.00 | review draft complaint |
| 7/26/2018 | AS | 0.25 | 200 | $ 50.00 | corresp with GA on filing complaint |

**Subtotal staff time  $ 6,372.50**

**Estimated Frustration of Mission Damages**

| | | |
|---|---|---|
| Monitoring/investigate compliance by Similar | $ 27,000.00 | $1800/test x 15 Tests of Coop/Condos/Management Cos. for Disability Discrimination |
| Fair Housing Training for McGrath and JV Staff | $ 6,000.00 | $2000 x 3 trainings over 3 years |
| Monitor compliance with settlement | $ 3,600.00 | $150/hour x 8 hours x 3 years |
| Education and Outreach on Mental Health Disability | $ 12,000.00 | $400/event x 10 events x 3 years |

**FM Subtotal      $ 48,600.00**

**TOTAL      $ 58,572.50**

WRO000126