UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WESTCHESTER RESIDENTIAL
OPPORTUNITIES, INC, et al,

                       Plaintiffs,

v.

JEFFERSON VILLAGE CONDOMINIMUM
NO. 5, et al.,

                       Defendants.
-----------------------------------------------------------X

**ORDER**

No. 18-CV-06923 (PMH)

PHILIP M. HALPERN, United States District Judge:

By April 25, 2022, the parties shall comply with the Court's January 31, 2022 Order which directed them to jointly file proposed findings of fact and conclusions of law concerning the non-jury aspect of this case. (*See* Doc. 132).

A pre-trial conference has been scheduled for May 2, 2022 at 4:00 p.m. to be held in Courtroom 520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601.

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire before being allowed entry into the courthouse. On the day that you are due to arrive at the courthouse, click on the following weblink: https://app.certify.me/SDNYPublic. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used as the SDNY entry device at the courthouse entrance.

SO ORDERED.

Dated: White Plains, New York
        April 18, 2022

                                                                         Philip M. Halpern
                                                                         United States District Judge