```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WESTCHESTER RESIDENTIAL
OPPORTUNITIES, INC, et al,

                        Plaintiffs,              ORDER

        v.                                       No. 18-CV-06923 (PMH)

JEFFERSON VILLAGE CONDOMINIMUM
NO. 5, et al.,

                        Defendants.
-----------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

The pre-trial conference scheduled for May 2, 2022 is rescheduled to be held the same day at 2:00 p.m.

Plaintiffs' letter objecting to the Court's April 26, 2022 Order (Doc. 153) will be considered at the conference.

The parties are directed to file, no later than 5:00 p.m. on April 29, 2022, a copy of the Agreement and Release dated June 30, 2021 referenced on page 7 of the parties' proposed Joint Pretrial Order, as well as a set of marked pleadings in accordance with Rule 3.B of the Court's Individual Practices. Courtesy copies of the marked pleadings may be hand delivered to the Court at the May 2nd conference.

SO ORDERED.

Dated: White Plains, New York
       April 27, 2022

_____
Philip M. Halpern
United States District Judge