UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WESTCHESTER RESIDENTIAL
OPPORTUNITIES, INC, et al,

                    Plaintiffs,             **ORDER**

v.
                                         No. 18-CV-06923 (PMH)

JEFFERSON VILLAGE CONDOMINIMUM
NO. 5, et al.,

                    Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared in Courtroom 520 today for a pre-trial conference.

    After hearing from counsel for Plaintiffs, the Court vacates its April 26, 2022 Order (Doc. 152), and grants Plaintiffs' request for an extension of time to file proposed joint findings of fact and conclusions of law (Doc. 153).

    The Court dismisses Defendants' counterclaim based upon counsel's representations and the parties' agreement (Doc. 155-1).

    The Court directed that the parties meet and confer and file by **May 18, 2022** the following:

    1) Joint proposed findings of fact and conclusions of law; Plaintiffs shall also submit to the Court via e-mail and serve, but not file, copies of the affidavits constituting the direct testimony of each trial witness in connection with the non-jury issues to be decided (see Individual Practices Rule 6(D));

    2) A letter from Plaintiffs, limited to two pages, concerning WRO's authorization and standing to bring the claims herein, supported by relevant legal authority in the Second Circuit;

    3) A stipulation and/or letter from Defendants concerning the legal existence of the entity named in this action as defendant Jefferson Village Condominium No. 5;

    4) An agreed-upon brief summary of the case indicating the positions of the parties to

be read to the jury, which shall also be submitted to the Court in Word format via e-mail;

5) A stipulation or other proof that Edwina Rance is deceased;

6) A revised Joint Pretrial Order in accordance with the rulings and directives stated on the record, including an accurate caption of the action;

7) Revised proposed *voir dire* questions in accordance with the rulings and directives stated on the record, which shall also be submitted to the Court in Word format via e-mail;

8) Revised requests to charge in accordance with the rulings and directives stated on the record, which shall also be submitted to the Court in Word format via e-mail;

9) Revised verdict sheet in accordance with the rulings and directives stated on the record, which shall also be submitted to the Court in Word format via e-mail; and

10) Defendants' opposition, if any, to Plaintiffs' motions *in limine* (Docs. 145, 148).

In the event Defendants elect to move *in limine*, they shall file their motion by **May 6, 2022**. Opposition to Defendants' motion *in limine*, if any, shall be filed by **May 18, 2022**.

The Court admitted for all purposes at trial Defendants' Exhibits A through E and G; and Plaintiffs' Exhibits 6, 8-14, 16, 21-26, 29-32, 34, 36-37, 50-64. However, counsel shall include in the revised Joint Pretrial Order only the Exhibits that they intend to use at trial. The Court struck Plaintiffs' Exhibits 43-45 and 47-49.

See Transcript.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 153.

SO ORDERED.

Dated: White Plains, New York
       May 2, 2022

_____
Philip M. Halpern
United States District Judge