Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bell[more]
Long Island T[el.]
New York City
Fax No.
James@Ci[...]

> Application granted. Proposed findings of fact and conclusions of law and affidavits of direct testimony due May 23, 2022. Defendants' opposition to proposed findings of fact and conclusions of law, if any, shall be filed by May 31, 2022, and all materials shall be submitted in accordance with the Court's Individual Practices (revised May 2, 2022).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> May 18, 2022

**BY ECF**

Hon. Philip Halpern
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

   Re: *Rance, et al v. Jefferson Village Condominium No. 5, et al*
     <u>18cv6923 ~~(NSR)~~(JCM)</u>
      (PMH)

Dear Judge Halpern:

  I respectfully request a 5-day extension of time to file the Proposed Finding of Facts and Conclusion of Law, and the affidavits of direct testimony. Defendants consent to the extension of time.

  Plaintiffs two principal witnesses, Marlene Zarfes and Ronald Fryer have been unavailable. Marlene Zarfes, the Executive Director of WRO returned from vacation today, and Ronald Fryer moved to Florida and has been difficult to reach.

  Presently, I have a meeting with Ms. Zarfes on May 19, 2022, and will speak to Ronald Fryer on Saturday, May 24, 2022. Consequently, I respectfully request a five-day extension of time to file the Proposed Finding of Facts and affidavits of direct testimony.

  Thank you.

         Respectfully Submitted,

         /s/ James E. Bahamonde

         James E. Bahamonde, Esq.

cc:
Eric J Sauter, Esq.
James Marshall, Esq.
Attorneys for Defendants