

May 18, 2022

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        May 18, 2022

**James M Marshall**
914.872.7239 (direct)
James.Marshall@wilsonelser.com

**VIA ECF**
Judge Philip M. Halpern
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Edwina Rance v. Jefferson Village Condominium No. 5 et al*
      Docket No.:  18-cv-6923
      Our File No:  17158.00062

Dear Judge Halpern:

We represent defendants Jefferson Village Condominium No. 5 ("JVC5") and McGrath Management Services Inc. ("McGrath") (collectively "Defendants") in the above referenced matter. This letter is submitted with consent from plaintiff's counsel.

We respectfull request a 2-day extension for the submission of the Revised Joint Pre-Trial Order, from May 18, 2022 to May 20, 2022. Parties are engaging in settlement discussions and are very close to a settlement. The 2-day extension shall also give parties' attorneys a real opportunity to engage their clients.

We thank the Court for its attention to this matter. Should the Court wish to discuss further, we are available for a conference this week.

        Respectfully submitted,

        Wilson Elser Moskowitz Edelman & Dicker LLP

        /s/ James M Marshall
         James M. Marshall

1133 Westchester Avenue | White Plains, NY 10604 | p 914.323.7000 | f 914.323.7001 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Florham Park, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY