Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

May 19, 2022

**BY ECF**

Honorable Philip Halpern
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

      Re:    *Rance, et al v. Jefferson Village Condominium No. 5, et al*
                     **18cv6923 (NSR)(JCM)**

Dear Judge Halpern:

      I write with the consent of Defendants to advise the court that parties have settled this action in principle. We are currently drafting a settlement agreement to be so ordered and anticipate filing it within 30 days.

      Thank you.

                                         Respectfully Submitted,

                                         /s/ James E. Bahamonde

                                         James E. Bahamonde, Esq.

cc:
Eric J Sauter, Esq.
James Marshall, Esq.
Attorneys for Defendants