Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

**BY ECF**

Honorable Philip Halpern
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

> Application granted. The time to move to reopen is extended to July 11, 2022.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        June 16, 2022

Re.   *Rance, et al v. Jefferson Village Condominium No. 5, et al*
      **18cv6923 (NSR)(JCM)**

Dear Judge Halpern:

   I write with the consent of Defendants to seek leave to restore the action or, in the alternative, an extension of time to file a Stipulation of Settlement and Order.

   On May 18, 2022, parties advised the court that we have agreed to the monetary settlement amount and are drafting a Settlement Agreement, which we intend to file so that it can be so ordered. On May 19, 2022, the Court gave parties 30 days with leave to reopen.

   Presently, parties are very close on finalizing the terms of the Settlement Agreement and are optimistic that an extension of time to July 11, 2022 will give parties' attorneys sufficient time to meet and confer with the necessary individuals and file the Stipulation of Settlement and Order.

   Thank you.

                                      Respectfully Submitted,

                                      /s/ James E. Bahamonde

                                      James E. Bahamonde, Esq.

cc:
Eric J Sauter, Esq.
James Marshall, Esq.
Attorneys for Defendants