Law Offices of
## JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY...

> Application granted. The time to move to reopen is extended to July 26, 2022.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> July 11, 2022

**BY ECF**

Honorable Philip Halpern
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re.  *Rance, et al v. Jefferson Village Condominium No. 5, et al*
     **18cv6923 (NSR)(JCM)**

Dear Judge Halpern:

    I write with the consent of Defendants to seek leave to restore the action or, in the alternative, an extension of time to file a Stipulation of Settlement and Order. This is parties' second request for an extension of time.

    On May 18, 2022, parties advised the court that we have agreed to the monetary settlement amount and are drafting a Settlement Agreement, which we intend to file so that it can be so ordered. On May 19, 2022, the Court gave parties 30 days with leave to reopen.

    On June 15, 2022, parties sought leave to restore the action or, in the alternative, an extension of time to file a Stipulation of Settlement and Order. On June 16, 2022, the court granted the application and extended the deadline to reopen to July 11, 2022.

    On June 3, 2022, I served Defendants with a proposed Stipulation of Settlement and Order. Since then, I have contacted Defendants' attorneys numerous times to obtain some feedback regarding the Stipulation, but have not received any substantive response. On July 1, 2022, Defendants' attorney, James Marshall, stated he will be unavailable "for a while for surgery." On July 8, 2022, Defendants' senior attorney, Eric Sauter, stated he still needs to consult with his clients regarding the proposed Stipulation of Settlement and needs an extension of time. Consequently, I hereby make the instant application.

    Parties respectfully seek leave to restore the action or, in the alternative, an extension of time to July 26, 2022 to file a Stipulation of Settlement and Order.

**Law Office of**
**James E. Bahamonde, P.C.**

July 10, 2022
Page   - 2 -

Thank you.

                             Respectfully Submitted,

                             /s/ James E. Bahamonde

                             James E. Bahamonde, Esq.

cc:
Eric J Sauter, Esq.
James Marshall, Esq.
Wilson Elser, Moskowitz, Edelman & Decker,  LLP
Attorneys for Defendants