

July 26, 2022

> Application granted. The time to reopen this case is extended to and including August 17, 2022.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         July 27, 2022

**VIA ECF**
Judge Philip M. Halpern
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Edwina Rance v. Jefferson Village Condominium No. 5 et al*
            Docket No.:     18-cv-6923
            Our File No.:    17158.00062

Dear Judge Halpern:

We represent defendants Jefferson Village Condominium No. 5 ("JVC5") and McGrath Management Services Inc. ("McGrath") (collectively "Defendants") in the above referenced matter. This letter is submitted with consent from plaintiff's counsel.

As previously set forth in the July 10, 2022 letter, the parties have settled this matter, but are still negotiating some additional terms. Your underisgned has been unavailable for over two weeks due to emergency surgery and plainitff's counsel is currently unavailable until August 3, 2022. We respectfully request an extension until August 17, 2022 to finalize the remaining terms of the settlement.

We thank the Court for its attention to this matter. Should the Court wish to discuss further, we are available for a conference this week.

                                Respectfully submitted,

                                Wilson Elser Moskowitz Edelman & Dicker LLP

                                /s/ James M Marshall
                                  James M. Marshall

1133 Westchester Avenue | White Plains, NY 10604 | p 914.323.7000 | f 914.323.7001 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Florham Park, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY