Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax: (646) 435-4376

James@CivilRightsNY.com

> Application granted. The time to move to reopen is extended to September 30, 2022.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         August 17, 2022

**BY ECF**

Honorable Philip Halpern
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re.   *Rance, et al v. Jefferson Village Condominium No. 5, et al*
      **18cv6923 (NSR)(JCM)**

Dear Judge Halpern:

I write with the consent of Defendants to seek leave to restore the action or, in the alternative, an extension of time to file a Stipulation of Settlement and Order. This is parties' third request for an extension of time.

As previously advised, parties have settled this action and are finalizing the terms of a Settlement Agreement. Currently, the deadline to file is July 17, 2022. However, because of parties' availability, we are going to need more time to finalize the terms. Consequently, we respectfully request an extension of time until September 30, 2022 to finalize the remaining terms of the settlement agreement.

We thank the Court for its time and attention to this matter, and consideration of this request.

Respectfully,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.
         James E. Bahamonde, Esq.

cc:
Eric J Sauter, Esq.
James Marshall, Esq.
Wilson Elser, Moskowitz, Edelman & Decker, LLP
Attorneys for Defendants