Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York
James

---

Application granted. The time to move to reopen is extended to December 30, 2022.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
December 1, 2022

---

**BY ECF**

Honorable Philip Halpern
Southern District of New York
300 Quarropas St.
White Plains, NY 10601


Re:   *Rance, et al v. Jefferson Village Condominium No. 5, et al*
      **18cv6923 (NSR)(JCM)**

Dear Judge Halpern:

Plaintiffs seek leave to restore the action or, in the alternative, an extension of time to file the Stipulation of Settlement. This is Plaintiffs' sixth request to restore and for an extension of time. Defendants consent to the request for an extension of time.

Two months ago, parties agreed in principle on the remedial measures and the amount of damages and attorney's fees and costs. Since then, Defendants have demanded a major change in the remedial measures and continue pressing on an additional revision. At this point, I'm not too optimistic on Defendants intentions. Nonetheless, Plaintiffs request an extension of time to file a Stipulation of Settlement until December 30, 2022.

Hopefully, the additional time will allow parties to have a meeting of the minds. If not, Plaintiffs will seek leave to restore this action.

I thank the Court for its time and consideration of this request.

Respectfully,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.

**Law Office of**
**James E. Bahamonde, P.C.**

November 30, 2022
Page   - 2 -

cc:
Eric J Sauter, Esq.
James Marshall, Esq.
Wilson Elser, Moskowitz, Edelman & Decker,  LLP
Attorneys for Defendants