Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
James@CivilRightsNY.com

December 29, 2022

**BY ECF**

Honorable Philip Halpern
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

     **Re:** *Rance, et al v. Jefferson Village Condominium No. 5, et al*
       <u>18cv6923 (NSR)(JCM)</u>

Dear Judge Halpern:

Plaintiffs seek leave to restore the action or, in the alternative, an extension of time to file the Stipulation of Settlement. This is Plaintiffs' seventh request to restore and for an extension of time. Defendants consent to the request for an extension of time.

Plaintiffs have informed Defendants that they will not revise the settlement agreement any further. Therefore, we either settle or reopen. Defendants' counsel, Eric Sauter, has stated he needs to speak with his clients and asked for a short extension of time. Consequently, parties request an extension of time to January 13, 2023 to reopen.

I thank the Court for its time and consideration.

cc:
Eric J Sauter, Esq.
James Marshall, Esq.
Wilson Elser, Moskowitz, Edelman & Decker
Attorneys for Defendants

---

Application granted. The time to move to reopen is extended to January 13, 2023. By January 27, 2023, the parties shall meet and confer and file the pretrial submissions and revised pretrial submissions as set forth in, and in accordance with, the Court's May 2, 2022 Order (*see* Doc. 157, in particular items 1 and 3-9, which include proposed findings of fact and conclusions of law, affidavits constituting direct testimony of trial witnesses in connection with the non-jury issues, a stipulation or letter concerning the legal existence of the entity Jefferson Village Condominium No. 5, a summary of the case, a stipulation or other proof that Rance is deceased, a revised Joint Pretrial Order, revised proposed *voir dire* questions, revised requests to charge, and revised verdict sheet).

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
    December 30, 2022